IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 3:22-CR-32-2

OMAR VILLACORTA

### ORDER

On March 22, 2022, Omar Villacorta was named in a two-count indictment charging him and Enrique Rivera with conspiracy to distribute methamphetamine (Count One),[1] and possession with intent to distribute fentanyl (Count Two). Doc. #1. On December 19, 2022, in anticipation of trial, the government filed a motion in limine seeking an order that specific "Department of Transportation reports [produced to Villacorta in discovery] are admissible under Fed. R. Evid. 803(8) and self-authenticated pursuant to Rule 902(5)." Doc. #63. Villacorta did not respond to the motion. Accordingly, the motion in limine [63] is **GRANTED** as unopposed.[2] *See* U.L. Crim. R. 47(c)(1) ("For any motion other than a dispositive motion or a motion for post-conviction relief, the court may grant the motion as unopposed if a party fails to respond or provide notice of its intent not to respond within the time allotted.").

**SO ORDERED**, this 9th day of January, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Rivera pled guilty to Count One on January 4, 2023, and is set to be sentenced April 19, 2023. Docs. #72, #74.

[2] Even had Villacorta opposed the motion, the specific records, as described by the government, are admissible and authenticated for the reasons articulated in the government's motion.