IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                         NO. 3:22-CR-32-2

**OMAR VILLACORTA**

## ORDER

On March 22, 2022, Omar Villacorta was named in a two-count indictment charging him and Enrique Rivera with conspiracy to distribute methamphetamine (Count One),[1] and possession with intent to distribute fentanyl (Count Two). Doc. #1. On December 19, 2022, in anticipation of trial, the government filed a motion in limine seeking an order that specific "AT&T business records [produced to Villacorta in discovery along with the business records certification] are admissible under Fed. R. Evid. 803(6) and self-authenticated pursuant to Rule 902(11)." Doc. #63. Villacorta did not respond to the motion.

Because Villacorta has not challenged the admissibility or authenticity of the specified records (or the related business records certification), and because his failure to respond to the motion means the Court may grant the motion as unopposed under the Local Rules,[2] the motion in limine [64] is **GRANTED**.[3]

**SO ORDERED**, this 9th day of January, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Rivera pled guilty to Count One on January 4, 2023, and is set to be sentenced April 19, 2023. Docs. #72, #74.

[2] *See* U.L. Crim. R. 47(c)(1) ("For any motion other than a dispositive motion or a motion for post-conviction relief, the court may grant the motion as unopposed if a party fails to respond or provide notice of its intent not to respond within the time allotted.").

[3] Even had Villacorta opposed the motion, the specific records, as described by the government, are admissible and authenticated for the reasons articulated in the government's motion.